# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3578
_____

AUTUMN TOMLIN,

    Appellant,

    v.

NICHOLAS BUCCASIO,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

November 8, 2023

PER CURIAM.

Autumn Tomlin challenges the trial court's parenting plan and the award of attorney fees. We affirm the parenting plan and dismiss the appeal of the attorney fees award. "An award of attorneys' fees does not become final, and, therefore, appealable until the amount is set by the trial court." *Mills v. Martinez*, 909 So. 2d 340 (5th DCA 2005). The trial court granted Nicholas Buccasio's request for attorney fees and reserved ruling on the amount. This is not yet an appealable, final order.

AFFIRMED in part; DISMISSED in part.

RAY, BILBREY, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Autumn Tomlin, pro se, Appellant.

Nicholas Buccasio, pro se, Appellee.